decided herewith. But in any event it would have been presented before the Pelham National Bank closed. Furthermore, the collection of this check, received on February 28, 1933, was not started by action of plaintiff or her husband until March second, two days after its receipt. The facts indicate that there was a neglectful delay in presentment of this check, and the loss due to that delay must fall upon plaintiff. The amount thereof is not disclosed. Lazansky, P. J., Kapper, Hagarty and Carswell, JJ., concur; Scudder, J., dissents and votes for the direction of a judgment for plaintiff, with the following memorandum: In the circumstances the check was presented within a reasonable time. Had the plaintiff here done exactly as was done by Nancy M. Jones [See *Jones* v. *Board of Education*, 242 App. Div. 17], Grace L. Scott [See *Scott* v. *Board of Education*, *post*, p. 883], and Isabel McBane Fleck [See *Fleck* v. *Board of Education*, *ante*, p. 879], in the cases decided herewith, the ultimate situation would not have been changed.

In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee, to the Lands, Tenements and Hereditaments Required for the Purpose of Opening and Extending West Sixth Street and West Eighth Street, from Surf Avenue to the Public Park, and West Tenth Street, West Twelfth Street, Stillwell Avenue, West Fifteenth Street, West Sixteenth Street, West Nineteenth Street, West Twenty-fourth Street, West Twenty-seventh Street, West Twenty-eighth Street, West Twenty-ninth Street, West Thirty-first Street, West Thirty-third Street, West Thirty-fifth Street and West Thirty-sixth Street, from Surf Avenue to the Public Beach, in the Borough of Brooklyn, City of New York. WEST TENTH STREET REALTY CORPORATION, Appellant, Respondent; CHARLES L. FELTMAN and Another, Respondents, Appellants.— Supplemental and amended final decree unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

In the Matter of the Application for Letters of Administration of the Goods, Chattels and Credits of NATALE MELITA, Deceased. JOSEPHINA MELITA, Appellant; CHARLES M. MILLER, Respondent.— Order of the Surrogate's Court of Westchester county, dated June 26, 1933, dismissing petition and proceedings, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of Supplementary Proceedings: YONKERS NATIONAL BANK AND TRUST COMPANY, Judgment Creditor, Respondent, v. JOHN M. BARNEY and NORMA L. BARNEY, His Wife, Judgment Debtors; CITY OF YONKERS and JAMES E. HUSHION, Comptroller of the City of Yonkers, Appellants.— Order of the City Court of Yonkers modified by reducing the amount of the fine to the sum of $1,696.74, together with ten dollars costs of the motion, making a total of $1,706.74, and as so modified affirmed, without costs. We are of opinion that under the circumstances of this case the fine should be limited to the amount of money held by the appellants, together with the costs of the motion. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

MAUDE KIERSTED, Appellant, v. STEFANO LOPICCOLO and Others, Defendants, Impleaded with MANUFACTURERS TRUST COMPANY, Respondent.— Order denying motion for summary judgment reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted. Order substituting the Globe Bank and Trust Company as a party defendant in the place and stead of the Manu-